**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Eric Daniel Igiehon,

Plaintiff,

v.

Ally Servicing LLC,

Defendant.

______________________________/

Case No. 26-cv-13506

Judith E. Levy
United States District Judge

Mag. Judge Anthony P. Patti

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Plaintiff Eric Daniel Igiehon filed the complaint in this case on September 16, 2026. (ECF No. 1.) That same day, the Clerk's Office issued a Notice of Filing Fee Not Paid. (ECF No. 3.) The notice instructed Plaintiff to either pay the filing fee or to submit an application to proceed without prepaying the fees, i.e. *in forma pauperis*. (*Id.*) The notice warned Plaintiff that if he failed to do as instructed, the case may be dismissed. (*Id.*) The deadline for correcting the deficiency identified in the notice was September 30, 2026. (*Id.*) Plaintiff did not correct the deficiency by that date.

On October 2, 2026, the Court issued an order requiring Plaintiff to "show cause why this case should not be dismissed for failure to pay filing fee." (ECF No. 6, PageID.12.) The Court ordered Plaintiff "to pay the filing fee or submit a request to proceed *in forma pauperis* by **October 13, 2026**." (*Id.* at PageID.13 (emphasis in original).) The order informed Plaintiff that failure to comply "may result in dismissal of the case for failure to prosecute pursuant to Eastern District of Michigan Local Rule 42.1." (*Id.*)

The deadline imposed in the Court's show cause order has passed. As of the date of this dismissal order, Plaintiff has neither corrected the filing fee deficiency, nor requested an extension of time to do so. In addition, Plaintiff has not responded to the Court's show cause order. Plaintiff was warned about the possibility of dismissal if he failed to pay the filing fee or submit an *in forma pauperis* application and if he failed to file a response to the show case order. (ECF No. 3, PageID.8; ECF No. 6, PageID.13.) Accordingly, this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: October 14, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY

United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 14, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager